# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| SHERRIE LYNN LEWIS,<br><br>        Plaintiff,<br><br>vs.<br><br>BASHIR H. NONE ABDI, *et al.*,<br><br>        Defendants. | 2:18-cv-01624-JCM-VCF<br><br>**ORDER** |

Before the court is Plaintiff's Motion to Enlarge Time for Service and to Serve Defendant Bashir H. None Abdi through the Nevada Department of Motor Vehicles (ECF NO. 4).

Accordingly,

IT IS HEREBY ORDERED that a hearing on Plaintiff's Motion to Enlarge Time for Service and to Serve Defendant Bashir H. None Abdi through the Nevada Department of Motor Vehicles (ECF NO. 4) is scheduled for 10:00 AM, November 1, 2018, in Courtroom 3D.

The Clerk of Court is directed to email a copy of this order to Michael P. Lowry, Esq. Mr. Lowry is invited to attend the hearing if he wishes.[1]

DATED this 25th day of October, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

---

[1] Mr. Lowry is counsel for Defendants Abdi and Transco Lines in the initial related case- 2:18-cv—00408-APG-CWH.