MICHAEL P. LOWRY, ESQ. (NBN 10666)
E-mail: Michael.Lowry@wilsonelser.com
DOUGLAS M. ROWAN, ESQ. (NBN 4736)
E-mail: Douglas.Rowan@wilsonelser.com
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101-6014
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Bashir H. Abdi; Transco Lines, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHERRIE LYNN LEWIS, | Case No.: 2:18-cv-1624-GMN-VCF |
| Plaintiff, | **Stipulation and Order to Dismiss with Prejudice** |
| vs. | |
| BASHIR H. NONE ABDI, individually; TRANSCO LINES, INC.; DOES 1-5, inclusive; and ROE CORPORATIONS, 1-5, inclusive, | |
| Defendants. | |

The parties stipulate to dismiss this matter with prejudice, each to bear their own fees and costs. The Trial date of August 10, 2020 and the Calendar Call for August 4, 2020 in this case is hereby vacated.

| | |
|---|---|
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP  */s/ Michael Lowry* Michael P. Lowry, Esq. Nevada Bar No. 10666 Douglas M. Rowan, Esq. Nevada Bar No. 4736 300 South Fourth Street, 11th Floor Las Vegas, Nevada 89101-6014 Attorneys for Transco Lines, Inc. and Bashir H. Abdi | RICHARD HARRIS LAW FIRM  */s/ Christian Smith* Christian Z. Smith, Esq. Nevada Bar No. 8266 801 South Fourth Street Las Vegas, Nevada 89101 Attorneys for Sherrie Lynn Lewis |
| | **IT IS SO ORDERED.** Dated this __29__ day of January, 2020.  _____ Gloria M. Navarro, District Judge UNITED STATES DISTRICT COURT |

1562302v.1